AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ShinStar LLC

*Plaintiff(s)*

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

*Defendant(s)*

Civil Action No. 26-cv-05321-VEC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Partnerships and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Berel Y. Lakovitsky
Greer, Burns, & Crain Ltd.
90 Broad Street 2nd Floor
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/06/2026

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 26-cv-05321-VEC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Partnerships and all other Defendants identified in the Complaint

was received by me on *(date)* July 6, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*: On July 6, 2026, I caused an email to be sent containing the Summons, Complaint, and Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC") and a link to a website containing aforementioned pleadings to the email addresses for Defendants identified in Schedule A to the Complaint provided to Plaintiffs by third parties, pursuant to the service method permitted in the OSC.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 6, 2026

Berel Y. Lakovitsky Digitally signed by Berel Y. Lakovitsky Date: 2026.07.06 17:07:13 -05'00'

*Server's signature*

Berel Y. Lakovitsky, Plaintiff's attorney

*Printed name and title*

90 Broad Street 2nd Floor New York, NY 10004

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**ShinStar LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 26-cv-05321**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias | Cause of Action |
|---|---|---|---|
| 1 | amazon.com/sp?seller=A1OTIX4H219B46 | A1OTIX4H219B46 | Trademark and Copyright |
| 2 | amazon.com/sp?seller=A36PX8PUO9OW37 | Artvibe US | Trademark |
| 3 | amazon.com/sp?seller=A239X2OUJYULBL | BYCUSTOMER | Copyright |
| 4 | amazon.com/sp?seller=A2VU3OMDD12X8L | DONGYINGYXX | Copyright |
| 5 | amazon.com/sp?seller=A379D0PC5NDP1Q | haerbinshahuixueshang maoyouxiangongsi | Trademark and Copyright |
| 6 | amazon.com/sp?seller=A3L1NFN2393SB8 | huangqihu88 | Trademark and Copyright |
| 7 | amazon.com/sp?seller=A8BX5EWFMSXXL | MAGUOSHENG132 | Trademark and Copyright |
| 8 | amazon.com/sp?seller=AOVTUG2O4PPXM | mannidan | Trademark and Copyright |
| 9 | amazon.com/sp?seller=A1W4VE1DTGZMJQ | NobleSave | Trademark |
| 10 | amazon.com/sp?seller=A36U0UUT8D3LFK | YHWSLYZ | Copyright |
| 11 | amazon.com/sp?seller=A2FCR9T5FI99D6 | zhaochuanqiang | Copyright |
| 12 | ebay.com/usr/globalshop2008 | globalshop2008 | Trademark and Copyright |
| 13 | ebay.com/usr/gremels15 | gremels15 | Trademark and Copyright |
| 14 | ebay.com/usr/zsj052 | Junchen_Mall | Trademark and Copyright |
| 15 | ebay.com/usr/qiqi-dollshop | qiqi-dollshop | Copyright |
| 16 | ebay.com/usr/rtoormo | rtoormo | Trademark and Copyright |

| | | | |
|---|---|---|---|
| 17 | shop.tiktok.com/us/store/budget-boy/8653972075278602273?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Budget Boy | Trademark and Copyright |
| 18 | tiktok.com/shop/store/samposhue/7495677127861439450?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Samposhue | Trademark and Copyright |
| 19 | walmart.com/seller/103119577 | HEFEN | Trademark and Copyright |
| 20 | walmart.com/seller/103118143 | InkWave Apparel | Copyright |